COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, *v.* C. FRED MERKLE, Appellant.

Submitted February 28, 1938, decided March 2, 1938.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

*John C. Donovan* opposed.

Motion denied.